# United States Court of Appeals
# for the Fifth Circuit

No. 21-30256

A True Copy
Certified order issued Mar 15, 2022

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

In re David D. Rushing,

*Movant.*

---

Motion for an order authorizing
the United States District Court for the
Eastern District of Louisiana to consider
a successive 28 U.S.C. § 2254 application

---

Before Dennis, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Movant's motion for authorization to file a successive habeas corpus petition is DENIED AS UNNECESSARY.

    We REVERSE and REMAND Movant's petition back to the district court with instructions to consider it in light of this court's holding in *In re Greenwood*, 2022 WL 501393 (5th Cir. Feb. 12, 2022).