UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID RUSHING** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-929** |
| **STATE OF LOUISIANA, ET AL.** | **SECTION "R" (4)** |

## J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein[1]; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the respondents, State of Louisiana and Warden Darrel Vannoy, and against the petitioner David Rushing, dismissing with prejudice Rushing's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 as time-barred.

New Orleans, Louisiana, this __29th__ day of March 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

1   R. Doc. 19.