UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID RUSHING | CIVIL ACTION |
| VERSUS | NO. 21-929 |
| STATE OF LOUISIANA, ET AL. | SECTION "R" (4) |

## ORDER

Having separately issued a final order in connection with the above captioned matter, the Court hereby orders that a certificate of appealability shall not be issued. When a district court enters a final order adverse to a petitioner under 28 U.S.C. § 2254, the court must issue or deny a certificate of appealability. Rules Governing Section 2254 Cases, Rule 11(a). A court may issue a certificate of appealability only if the petitioner makes a "substantial showing of the denial of a constitutional right," a demonstration that "includes showing that reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *United States v. Jones*, 287 F.3d 325, 329 (5th Cir. 2002).

Rushing's petition does not satisfy these standards. For the reasons stated in this Court's March 22, 2023 Order and Reasons,[1] the Court finds that Rushing's arguments do not amount to a substantial showing that his constitutional rights were compromised, nor would they engender any type of debate among reasonable jurists. Accordingly, the Court will not issue a certificate of appealability.

New Orleans, Louisiana, this __29th__ day of March, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 19.